# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CLARK A. WEBER,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| **v.** | : | **NO. 17-4230** |
| | : | |
| **PROTHONOTARY and DEPUTY** | : | |
| **PROTHONOTARY** | : | |
| Defendants. | : | |

## O R D E R

**AND NOW,** this 29th day of March, 2018, upon consideration of the defendants, Prothonotary and Deputy Prothonotary's motion to dismiss (Doc. No. 2), **IT IS HEREBY ORDERED** that the motion is **GRANTED** in its entirety without prejudice. Plaintiff is given leave to amend the complaint within twenty days of the filing of this Order.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, C.J.